**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00571-CV

_____

## IN RE TEXAS CONSTRUCTION SPECIALISTS, L.L.C., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Texas Construction Specialists, L.L.C. filed a petition for writ of mandamus.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). We lift our July 2, 2018 stay of the pretrial conference.

### PER CURIAM

Panel consists of Justices Higley, Brown, and Caughey.